In the Matter of Proving the Will of WILLIAM C. LESSTER, Deceased.

WILLIS T. GRIDLEY, Appellant; WILLIAM C. LESSTER, 2ND, Respondent.

*Matter of Lesster*, 149 App. Div. 938, appeal dismissed.
(Argued October 2, 1912; decided October 22, 1912.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 30, 1912, which modified and affirmed as modified an order of the New York County Surrogate's Court granting a motion for substitution of attorneys for the contestant in the above-entitled proceeding.

*John Leary* and *Willis T. Gridley* for appellant.

*James F. Lynch* for respondent.

Appeal dismissed, with costs; no opinion.
Concur: CULLEN, Ch. J., HAIGHT, VANN, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.